WILLIAM R. WILSON, complainant-appellant,

*v.*

HENRY JACOBS et al., defendants-respondents.

[Submitted October 30th, 1931.   Decided February 1st, 1932.]

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Buchanan.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ.   15.

*For reversal*—None.